FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2020
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

HOA HOC PHUNG,
aka "Hoa Co,"
ERIC TOAN CHAN,
aka "Lexus Buddha" and
"Luu Xi,"
JONATHAN DOMINGO GO,
SALVADOR ANTONIO DELGADO,
aka "Anthony," and
VINCE LU,

Defendants.

CR No. 20CR00118-GW

I N D I C T M E N T

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License]

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANT PHUNG]

On or about January 18, 2018, in Los Angeles County, within the Central District of California, defendant HOA HOC PHUNG, also known as "Hoa Co," and an unknown individual, each aiding and abetting the

//

other, knowingly and intentionally distributed at least 50 grams, that is, approximately 414.7 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANT PHUNG]

On or about March 8, 2018, in Los Angeles County, within the Central District of California, defendant HOA HOC PHUNG, also known as "Hoa Co," and an unknown individual, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 212.7 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANT CHAN]

On or about April 10, 2018, in Los Angeles County, within the Central District of California, defendant ERIC TOAN CHAN, also known as "Lexus Buddha" and "Luu Xi," and an unknown individual, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 216.4 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT GO]

On or about May 31, 2018, in Los Angeles County, within the Central District of California, defendant JONATHAN DOMINGO GO knowingly and intentionally distributed at least 50 grams, that is, approximately 442 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT CHAN]

On or about June 12, 2018, in Los Angeles County, within the Central District of California, defendant ERIC TOAN CHAN, also known as "Lexus Buddha" and "Luu Xi," knowingly and intentionally distributed at least 50 grams, that is, approximately 437.4 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT CHAN]

On or about August 9, 2018, in Los Angeles County, within the Central District of California, defendant ERIC TOAN CHAN, also known as "Lexus Buddha" and "Luu Xi," knowingly and intentionally distributed at least 50 grams, that is, approximately 221.6 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS PHUNG and LU]

On or about December 12, 2018, in Los Angeles County, within the Central District of California, defendants HOA HOC PHUNG, also known as "Hoa Co," and VINCE LU, and an unknown individual, each aiding and abetting the others, knowingly and intentionally distributed at least 50 grams, that is, approximately 438 grams, of methamphetamine, a Schedule II controlled substance.

COUNT EIGHT

[18 U.S.C. § 922(g)(1)]

[DEFENDANT PHUNG]

On or about April 17, 2018, in Los Angeles County, within the Central District of California, defendant HOA HOC PHUNG, also known as "Hoa Co," knowingly possessed a firearm, namely, a Springfield model XD-40, .40 caliber pistol, bearing serial number XD518288, in and affecting interstate and foreign commerce.

Defendant PHUNG possessed such firearm knowing that he had been previously convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Conspiracy to Make False Statements in Immigration Documents and Enter Into Marriages for the Purpose of Violating Immigration Laws, in violation of Title 18, United States Code, Section 371, in the United States District Court for the Central District of California, case number 8:05-CR-00267-CJC, on or about June 11, 2007;

(2) Possession of Methamphetamine, in violation of California Health and Safety Code Section 11377(a), in the Superior Court of the State of California, County of Los Angeles, case number GA081240, on or about June 7, 2011; and

(3) Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, in the Superior Court of the State of California, County of Los Angeles, case number GA081240, on or about June 7, 2011.

COUNT NINE

[18 U.S.C. § 922(g)(1)]

[DEFENDANT DELGADO]

On or about April 17, 2018, in Los Angeles County, within the Central District of California, defendant SALVADOR ANTONIO DELGADO, also known as "Anthony," knowingly possessed a firearm, namely, a Springfield model XD-40, .40 caliber pistol, bearing serial number XD518288, and ammunition, namely, six rounds of Federal Cartridge Company .40 caliber ammunition, and four rounds of Prvi Partizan .40 caliber ammunition, in and affecting interstate and foreign commerce. in and affecting interstate and foreign commerce.

Defendant DELGADO possessed such firearm and ammunition knowing that he had been previously convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Inflicting Corporal Injury on a Domestic Partner, in violation of California Penal Code Section 273.5(a), in the Superior Court of the State of California, County of Los Angeles, case number TA127365, on or about April 19, 2013; and

(2) Inflicting Corporal Injury on a Domestic Partner With a Previous Conviction, in violation of California Penal Code Section 273.5(f), in the Superior Court of the State of California, County of Los Angeles, case number NA109382, on or about October 25, 2018.

COUNT TEN

[18 U.S.C. § 922(g)(1)]

[DEFENDANT CHAN]

On or about August 9, 2018, in Los Angeles County, within the Central District of California, defendant ERIC TOAN CHAN, also known as "Lexus Buddha" and "Luu Xi," knowingly possessed a firearm, namely, a Glock model G19, 9mm caliber pistol, bearing serial number DEN300US, in and affecting interstate and foreign commerce.

Defendant CHAN possessed such firearm knowing that he had been previously convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, case number GA034890, on or about June 15, 1998;

(2) Attempted First Degree Robbery, in violation of California Penal Code Sections 664 and 211, in the Superior Court of the State of California, County of Los Angeles, case number GA034890, on or about June 15, 1998; and

(3) Assault with a Firearm, in violation of California Penal Code Section 245(a)(2), in the Superior Court of the State of California, County of Los Angeles, case number GA034890, on or about June 15, 1998.

COUNT ELEVEN

[18 U.S.C. § 922(a)(1)(A)]

[DEFENDANT GO]

Between on or about April 17, 2018 and on or about January 3, 2019, in Los Angeles County, within the Central District of California, defendant JONATHAN DOMINGO GO, not being a licensed importer, manufacturer, or dealer of firearms, knowingly and

//

//

//

willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, on or about the following dates:

| DATE | FIREARMS |
|---|---|
| April 17, 2018 | a Springfield model XD-40, .40 caliber pistol, bearing serial number XD518288. |
| May 31, 2018 | a FNH model FNS-40, .40 caliber pistol, bearing serial number GKU0095119. |
| January 3, 2019 | a 5.56 caliber assault pistol of unknown manufacture, which did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun"). |

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

Brandon Fox

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized Crime Section

SHAWN T. ANDREWS
Assistant United States Attorney
Violent and Organized Crime Section